Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant*
*Comenity Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETTE A. GRANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY, LLC d/b/a COMENITY CAPITAL BANK, a foreign limited liability company; EQUIFAX, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:17-cv-01135-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND COMENITY BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Bridgette A. Grant ("Plaintiff") filed a complaint alleging negligent and willful violations of the Fair Credit Reporting Act against Defendant Comenity Bank, incorrectly named "Comenity, LLC d/b/a Comenity Capital Bank" in Plaintiff's Complaint ("Comenity"). (ECF No. 1). Comenity's response to Plaintiff's Complaint is currently due May 18, 2017. Plaintiff and Comenity stipulate and agree that the time for Comenity to respond be extended up to and including June 15, 2017 to provide time for Comenity to investigate Plaintiff's allegations and for the parties to discuss early resolution of the claims asserted against Comenity.

*[continued on the following page]*

DMWEST #16507372 v1

1  This request is made in good faith and not made for purposes of delay.

2  IT IS SO STIPULATED.

3  May 16, 2017.

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Kyle A. Ewing<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Comenity Bank* | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway, Suite 206<br>Henderson, Nevada 89074<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 17, 2017