Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIDGETTE A. GRANT, an individual;

                Plaintiff,

  v.

COMENITY, LLC dba COMENITY CAPITAL BANK,  a foreign limited-liability company; EQUIFAX, INC.,  a foreign corporation;

                Defendants.

Case No.: 2:17-cv-01135-JCM-CWH

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT COMENITY, LLC WITH PREJUDICE**

      Plaintiff, Bridgette A. Grant ("Plaintiff"), and Defendant, Comenity, LLC dba Comenity Capital Bank ("Comenity") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

1   Therefore, the Parties, by and through their respective attorneys of record, and subject to

2   the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

3   under FRCP 41(a) as to the action between Plaintiff and Comenity, with Plaintiff and Comenity

4   bearing their own attorneys' fees and costs incurred in this action.

5   Respectfully Submitted.

6   Dated: July 27, 2017                                         Dated: July 27, 2017

7   **LAW OFFICE OF**
    **KEVIN L. HERNANDEZ**                                      **BALLARD SPAHR LLP**

8

9   */s/ Kevin L. Hernandez*                                    */s/ Kyle A. Ewing*
    Kevin L. Hernandez, Esq.                                    Joel E. Tasca, Esq.
    Nevada Bar No. 12594                                        Nevada Bar No. 14124

10  2510 Wigwam Parkway, Suite 206                              Kyle A. Ewing, Esq.
    Henderson, Nevada 89074                                     Nevada Bar No. 14051

11  kevin@kevinhernandezlaw.com                                 100 North City Parkway, Suite 1750
    *Attorney for Plaintiff*                                    Las Vegas, Nevada 89106

12                                                              tasca@ballardspahr.com

13                                                              ewingk@ballardspahr.com
                                                                *Attorneys for Defendant Comenity, LLC*

14

15  <u>**ORDER OF DISMISSAL WITH PREJUDICE AS TO ACTION BETWEEN PLAINTIFF**
    **AND DEFENDANT COMENITY, LLC**</u>

16      Pursuant to the stipulation of the Parties under FRCP 41(a), the action between Plaintiff

17  and Comenity is dismissed with prejudice, and the Parties will bear their own attorneys' fees and

18  costs incurred in this action.

19

20                                                              **IT IS SO ORDERED:**

21                                                              UNITED STATES DISTRICT JUDGE

22                                                              DATED: August 3, 2017

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT COMENITY, LLC WITH PREJUDICE** was electronically served to the following parties:

Kyle A. Ewing, Esq.
**BALLARD SPAHR LLP**
100 North City Parkway
Suite 1750
Las Vegas, Nevada 89106
ewingk@ballardspahr.com
*Attorneys for Defendant Comenity, LLC*

Dated: July 27, 2017

*/s/ Caesy Morales*                                .
An Employee of the Law Office of Kevin L. Hernandez

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408